# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134501

SUZANNE K. HILGENDORF,
      Petitioner-Appellee,

v

MARY CLARE LEE,
      Respondent-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134501
COA: 270335
Wayne CC: 06-610614-PH

On order of the Court, the application for leave to appeal the June 14, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

s1119